FILED

APR - 2 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | 4:25CR 00138 |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| DAVID POYSSICK, | ) | Sections 922(a)(6), (g)(9), 924(a)(2), |
| BECKY POYSSICK, | ) | (a)(8), and 2 |
| | ) | |
| Defendants. | ) | JUDGE ADAMS |

COUNT 1
(Possession of Firearm and Ammunition by Person Convicted of a Misdemeanor Crime of Domestic Violence, 18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury charges:

1. On or about February 11, 2025, in the Northern District of Ohio, Eastern Division, Defendant DAVID POYSSICK, knowing he had been previously convicted of a misdemeanor crime of domestic violence, that being: Domestic Violence, on or about March 3, 2009, in case number 09 CR 345, in the Youngstown, Ohio, Municipal Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Canik, Model TTI Combat, semi-automatic pistol, Caliber: 9x19, bearing serial number 24CZ68084, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

COUNT 2
(False Statement During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

The Grand Jury further charges:

2. On or about March 6, 2025, in the Northern District of Ohio, Eastern Division, Defendant BECKY POYSSICK, aided, abetted, and counseled by Defendant DAVID POYSSICK, in connection with the acquisition of a firearm, to-wit: a Springfield Armory, Model: Hellcat Pro, semi-automatic pistol, Caliber: 9x19, bearing serial number BF455389, from Fin Feather Fur Outfitters, 1138 Boardman Poland Road, Youngstown, Ohio 44514, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Fin Feather Fur Outfitters, which statement was intended and likely to deceive Fin Feather Fur Outfitters, as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that BECKY POYSSICK represented that she was the purchaser of the firearm, when in fact, she was purchasing said firearm for another individual, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

COUNT 3
(Possession of Firearms and Ammunition by Person Convicted of a Misdemeanor Crime of Domestic Violence, 18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury further charges:

3. On or about March 11, 2025, in the Northern District of Ohio, Eastern Division, Defendant DAVID POYSSICK, knowing he had been previously convicted of a misdemeanor crime of domestic violence, that being: Domestic Violence, on or about March 3, 2009, in case number 09 CR 345, in the Youngstown, Ohio, Municipal Court, knowingly possessed in and affecting interstate commerce firearms, to wit: a Springfield Armory, Model Hellcat Pro, semi-

automatic pistol, Caliber: 9x19, bearing serial number BF455389; a Palmetto State Armory, Model: PA-15, semi-automatic rifle, Caliber: Multi, bearing serial number SCNL101403; a H&R 1871 LLC., Model: Pardner Pump, shotgun, Caliber: 12 Gauge, bearing serial number NZ691390; a Smith and Wesson, Model: 59, semi-automatic pistol, Caliber: 9mm, bearing serial number A467699, and ammunition, said firearms and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendants DAVID POYSSICK and BECKY POYSSICK shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.